IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE AREVALO-VILLALOBOS,<br><br>  Defendant. | 8:22CR219<br><br>**ORDER** |

      **THIS MATTER** is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Jose Arevalo-Villalobos (Filing No. 59). For good cause shown, the motion will be granted. James K. McGough, 11920 Burt Street, Suite 100, P.O. Box 540186, Omaha, NE 68154, (402) 614-8655, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. Mary C. Gryva's motion to withdraw (Filing No. 59) is granted.

      Mary C. Gryva shall forthwith provide James K. McGough any discovery materials provided to the defendant by the government and any such other materials obtained by Mary C. Gryva which are material to Jose Arevalo-Villalobos' defense.

      The clerk shall provide a copy of this order to James K. McGough and the defendant.

      **IT IS SO ORDERED.**

Dated this 10th day of January, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge
