IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR219 |
| vs. | ) | |
| JESSICA HERNANDEZ, JOSE AREVALO-VILLALOBOS, and MICHAEL MIRELES, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Jose Arevalo-Villalobos' Unopposed Amended Motion to Continue Trial [86]. Counsel needs additional time to meet and confer with the defendant to determine if the matter can be resolved. Counsel for defendants Jessica Hernandez and Michael Mireles have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [86] is granted, as follows:

1. The jury trial, **for all defendants**, now set for September 11, 2023 is continued to **October 30, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **October 30, 2023** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. The Motion to Continue Trial [85] is denied as moot.

**DATED: August 28, 2023.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**

8:22-cr-00219-RFR-SMB   Doc # 87   Filed: 08/28/23   Page 2 of 2 - Page ID # 139